**No. 51882.**—American Import Co. et al. *v.* United States, protests 707970–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiffs was sustained.

**No. 51883.**—B. R. Anderson & Co. *v.* United States, protests 946676–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51884.**—B. R. Anderson & Co. *v.* United States, protests 965788–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51885.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 687322–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51886.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 965791–G, etc. (Seattle).

Opinion by TILSON, J. It was stipulated that the merchandise consists of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Upon the established facts and following the cited authority, the claim of the plaintiff was sustained.

**No. 51887.**—New York Merchandise Co., Inc., et al *v.* United States, protests 626318–G, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51888.**—Standard Clothes *v.* United States, protest 130844–K (Rochester).

Opinion by KINCHELOE, J. It appearing from the record that the protest was not filed within 60 days from the time of liquidation of the duty, the motion to dismiss was granted. (Abstract 50738 cited.)

BEFORE THE THIRD DIVISION, SEPTEMBER 4, 1947

**No. 51889.**—Chinatown Emporium, Inc., et al. *v.* United States, protests 985189–G, etc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.

**No. 51890.**—S. A. Haram et al. *v.* United States, protests 989313–G, etc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of cheese similar in all material respects to that the subject of *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016). In accordance therewith the claim of the plaintiffs was sustained.